**FILED**

DEC 1 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 1 3 2007

Zhuohua Ling
Email: zling@comcast.net
51 Rock River Ct.,
Naperville, IL 60565
Phone:  (312) 399-9728
Fax: (630) 964-4158

PRO SE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Zhuohua Ling, PRO SE | Case No.: |
| Plaintiff, | |
| vs. | ) |
| | ) |
| Michael B. Mukasey, United States Attorney General | ) **PLAINTIFF'S ORIGINAL COMPLAINT** |
| | ) **FOR WRIT IN THE NATURE OF** |
| Michael Chertoff, Secretary of the Department of Homeland Security | ) **MANDAMUS & DECLARATORY** |
| | ) **JUDGEMENT** |
| Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services | ) |
| | ) 07CV 7001 |
| Robert S. Mueller, Director of Federal Bureau of Investigation | ) JUDGE CONLON |
| | ) MAGISTRATE JUDGE MASON |
| Ruth A. Dorochoff District Director of USCIS, Chicago District Office | ) |
| | ) |
| Patrick J. Fitzgerald United States Attorney United States Attorney's Office Northern District of Illinois, Eastern Division | ) |
| | ) |
| | ) |
| Defendants | ) |
| | ) |

**COMPLAINT**

1.     This is a petition for a statutory relief pursuant to law including US Constitution, Mandamus Act (28 U.S.C. § 1361), Declaratory Judgment Act (28 U.S.C. § 2201), and the Administrative Procedures Act (5 U.S.C. § 551 et seq.) The Plaintiff Zhuohua Ling brings this action against the Defendants to compel action on the clearly delayed processing of an I-485 Application filed by the Plaintiff. The application was filed and remains within the jurisdiction of the Defendants, who have improperly delayed processing the application to Plaintiff's detriment.

**PARTIES**

2.     The Plaintiff Zhuohua Ling is the beneficiary of an I-485, Application to Register Permanent Resident or Adjust Status based on the 201(b) Spouse of US citizen. The Plaintiff resides in Will County, Illinois, within the jurisdiction of this court. The Plaintiff applied for Adjust Status on October 26, 2006 and was interviewed for her Adjust Status application on January 20, 2007.

3.     Defendant Michael B. Mukasey is the United States Attorney General and this action is brought against him in his official capacities. Defendant has the authority to administer the oath of allegiance.

4.     Defendant Michael Chertoff is the Secretary of Department of Homeland Security (DHS) and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Naturalization Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1. More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act(INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland

1  Security's authority has in part been delegated, and is subject to the Secretary of the Department

2  of Homeland Security's supervision.

3  5.      Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and

4  Immigration Services (USCIS), an agency within the DHS to whom the Secretary's authority has

5  in part been delegated and is subject to the Secretary's supervision. Defendant Director is

6  generally charged with the overall administration of benefits and immigration services. 8 C.F.R.

7  § 100.2(a)

8  6.      Defendant Robert S. Mueller is the Director of Federal Bureau of Investigation (FBI) the

9  law enforcement agency that conducts security clearances for other U.S. government agencies,

10  such as the Department of State. As will be shown, Defendant has failed to complete the security

11  clearances on Plaintiff's case.

12  7.      Defendant Ruth A. Dorochoff, Chicago District Director, is an official of the USCIS

13  generally charged with supervisory authority over all operation of the USCIS within his District

14  with certain specific exceptions not relevant here: 8 C.F.R. § 100.2(d)(2)(ii). As will be shown,

15  Defendant Director is the official with whom Plaintiff's adjudication application remains

16  pending.

17  **JURISDICTION**

18  8.      This This Court has subject matter jurisdiction over this petition under 28 U.S.C. § 1331

19  (Federal question statute) since this is a civil action arising under the Constitution and the laws of

20  the United states, including the Fifth Amendment to the U.S. Constitution, provisions of Title 8

21  U.S.C. § 1101 et seq. (Immigration and Nationality Act, INA) and applicable regulations,

22  policies and procedures arising thereunder. This Court may grant relief in this action under 28

23  U.S.C. § 1361 (Mandamus Act); 28 U.S.C. § 1651 (All Writs Act); 28 U.S.C. § 2201

24  (Declaratory Judgment Act); and under 5 U.S.C. § 701 et seq. (Administrative Procedures Act).

25  **VENUE**

1  9.    Venue is proper in this Honorable Court, pursuant to 28 USC § 1391(e), in that this is an

2  action against officers and agencies of the United States in their official capacities, brought in the

3  District where a Defendant is located and performs his official duties.

4  ### EXHAUSTION OF REMEDIES

5  10.    The Plaintiff has exhausted her administrative remedies. The Plaintiff has supplied the

6  USCIS and FBI documents that clearly establish her eligibility to Register Permanent Resident

7  or Adjust Status.

8

9  ### CAUSE OF ACTION

10  11.    The Plaintiff filed an I-485 Application to Register Permanent Resident or Adjust

11  Status, pursuant to Section 245 of the Immigration & Naturalization Act.

12  12.    This Petition, along with an I-130 and supporting documentation, was filed at Chicago

13  on October 26, 2006. Fingerprints were submitted to the USCIS on November 16, 2006. The

14  Plaintiff was interview (Examination) at USCIS' Chicago, Illinois office, on January 20, 2007

15  and was informed that the USCIS had not completed her background check; and, therefore was

16  unable to approve the petition. (EXHIBIT 2)

17  13.    The Plaintiff filed a Freedom of Information-Privacy Acts (FOIPA) request with FBI

18  asking for the status of her background check and received an official letter from FBI dated

19  March 9, 2007 and stating that the name check did not produce any record, meaning that the

20  Plaintiff was never the subject of any interest or investigation from the FBI (EXHIBIT 3)

21  14.    On May 21, 2007, Plaintiff appeared before the USCIS Chicago District Office in order

22  to inquire information about the status of her case, and the Plaintiff was told by an office that the

23  USCIS still had not completed her background check and nobody knows when it was complete.

24  (EXHIBIT 4)

25

15.    On August 4, 2007 the Plaintiff wrote a letter to USCIS Chicago office inquiring about the status of her Adjudication Application. The inquiry has not been answered yet. (EXHIBIT 5)

16.    Despite all the efforts made by Plaintiff, more than 13 months since her I-485 application and more than 10 months elapsed since her interview (Examination) with USCIS without any resolution to the Plaintiff's Adjust Status application.

17.    The defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiff's I-485 Application after the Plaintiff had submitted a properly executed application. It has been more than 13 months since Plaintiff has filed her I-485.

18.    Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures.

19.    Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving her of the rights to which the Plaintiff is entitled.

20.    The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law. Plaintiff Zhuohua Ling, has been unable to obtain legal permanent residence, travel and work without restriction and accrue time to be eligible for Adjudication as a Citizen of the United Status.

21.    The Defendants, in violation of the Administrative Procedures Act, 5 USC § 701 *et seq.*, are unlawfully withholding action on the Plaintiff's application and have failed to carry the adjudicative functions delegated to them by law with regard to the Plaintiff's case.

22.    The Plaintiff has provided sufficient evidence of her attempt to secure adjudication of these applications at issue, all to no avail. Accordingly, the Plaintiff has been forced to retain the service of her attorney to pursue the instant action.

# PRAYER

21.    Wherefore, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enters an order:

      (a)    requiring Defendants to properly adjudicate Plaintiff's application for action on an approved petition;

      (b)    requiring Defendants to provide the Plaintiff with a Notice of Approval;

      (c)    awarding Plaintiff reasonable attorney's fees pursuant to the Equal Access to Justice Act.

      (d)    granting such other relief at law and in equity as justice may require.

Dated:  December 13, 2007

Respectfully submitted,

Zhuohua Ling
51 Rock River Ct.,
Naperville, Illinois 60565
Email: zling@comcast.net
Telephone: (312) 399-9728
Facsimile: (630) 964-4158
PRO SE

**List of Attachedment**

Exhibit

Description

1        I-797C, I-485 Application For Adjudication Receipt

2        I-797, I-130 Approve Notice, I-797C, Appointment Notice

3        FOIPA from FBI dated March 9, 2007

4        Inquiry Letter dated August 2, 2007, No Response

5        INFOPASS, appointment letter

# THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-07-027-21464 | I-485 - Application to Register Permanent Residence or Adjust Status |

| Received Date: October 26, 2006 | Priority Date: | Applicant:  A089602184<br>LING, ZHUOHUA |
|---|---|---|
| Notice Date: October 31, 2006 | Page     1 OF 1 | ASC Code:    3 |

ZHUOHUA  LING
51 ROCK RIVER CT
NAPERVILLE IL  60565

Notice Type:          Receipt Notice

Amount Received:          $395.00

The above application has been received.  **Please notify us immediately if any of the above information is incorrect.**  If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT.  You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment –
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at  www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5221780          A004036300

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-06-129-50567 | | CASE TYPE  I130    IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIPT DATE<br>March 18, 2006 | PRIORITY DATE<br>March 9, 2006 | PETITIONER  A078 362 692<br>KONG, HUI |
| NOTICE DATE<br>November 14, 2006 | PAGE<br>1 of 1 | BENEFICIARY<br>LING, ZHUOHUA |

<table>
<tr><td>HUI KONG<br>51 ROCK RIVER CT<br>NAPERVILLE IL 60565</td><td>Notice Type:  Approval Notice<br>Section: Husband or wife of U.S.<br>           Citizen, 201(b) INA</td></tr>
</table>

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | | |
|---|---|---|
| | APPLICATION NUMBER | NOTICE DATE |
| | MSC0702721464    MSC0702721467 | 11/2/2006 |
| CASE TYPE | SOCIAL SECURITY NUMBER   USCIS A# | CODE |
| I485  I765 | A089602184 | 3 |
| | TCR    SERVICE CENTER | PAGE |
| | MSC | 1 of 1 |

ZHUOHUA LING
51 ROCK RIVER CT
NAPERVILLE, IL 60565



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS NAPERVILLE | 11/16/2006 |
| 888 SOUTH ROUTE. 59 | 8:00 AM |
| #124 | |
| NAPERVILLE, IL 60540 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the orginal with your request to USCIS NAPERVILLE, 888 SOUTH ROUTE. 59, #124, NAPERVILLE, IL 60540

| APPLICATION NUMBER 1 | APPLICATION NUMBER 2 |
|---|---|
| I485    -   MSC0702721464 | I765    -   MSC0702721467 |

 

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 9, 2007

MR. ZHOUHUA LING
51 ROCK RIVER COURT
NAPERVILLE, IL 60565

Request No.:  1070413- 000
Subject: LING, ZHOUHUA

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters.  No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C.  20530-0001, within sixty days from the date of this letter.  The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name; event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04



**INFOPASS**
Your e-Ticket to Immigration Information.

**Name:** **Zhuohua Ling**

**Appointment Type:** File an application

**Confirmation No.:** CHI-07-13610

**Authentication Code:** f12b

**Appointment Date:** **May 21, 2007**

**Appointment Time:** **1:00 PM**

**Location: 101 W. CONGRESS PARKWAY, Chicago, IL 60605; LOBBY**

### This is your Confirmation Number:



*CHI-07-13610*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *69458*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- 竹 ou must appear in person and bring photo identification along with this appointment letter.
- 的 cceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- 書 n order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

Zhuohua Ling
51 Rock River Ct.,
Naperville, IL 60565

August 4, 2007

USCIS Customer Service Unit
P. O. Box 3616
Chicago, IL 60690

Re: Application to Register Permanent Residence or Adjust Status

Dear Sir/Madam,

I am writing this letter to request the status of my Application to Register Permanent Residence or Adjust Status with USCIS (Receipt Number: MSC-07-027-21464).

The Receipt Notice Date of my above Application was October 31, 2006 and my interview date was January 20, 2007. During the interview, my husband and I were told that the decision could not be made due to pending security check. Now it has been more than six months since then.

Full Name: Zhuohua Ling
Date of Birth: October 30, 1971
A# 089602184
Social Security Number: 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
Interview Date: January 20, 2007
Current Address: 51 Rock River Ct., Naperville, IL 60565
Home Phone Number: 630-964-4158
Work Phone Number: 630-946-4190
Email: zling@comcast.net

I really appreciate your assistance in this matter.

Sincerely yours,

Zhuohua Ling

Attachment: I-485 Receipt Notice