

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Zhuohua Ling, PRO SE

**DEFENDANTS**
Michael B. Mukasey, United States Attorney General
Michael Chertoff, Secretary of the Dept. of Homeland Security
Emilio T. Gonzalez, Director of USCIS
Robert S. Mueller, Director of FBI
Ruth A. Dorochoff, Chicago District Director of USCIS,
Patrick J. Fitzgerald, United States Attorney

**(b)** County of Residence of First Listed Plaintiff WILL, ILLINOIS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant DISTRICT OF COLUMBIA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

FILED
DEC 13 2007
NF DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

07CV 7001
JUDGE CONLON
MAGISTRATE JUDGE MASON

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

[X] 440 Other Civil Rights

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGEMENT

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $    CHECK YES only if demanded in complaint: JURY DEMAND: [ ] Yes [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 12/13/07
SIGNATURE OF ATTORNEY OF RECORD