

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Zhuohua Ling
(Please print)

**STREET ADDRESS:** 51 Rock River Ct.

**CITY/STATE/ZIP:** Naperville, IL 60565

**PHONE NUMBER:** 312-3999728

**CASE NUMBER:** 07CV 7001
JUDGE CONLON
MAGISTRATE JUDGE MASON

Signature: [signed]    Date: 12/13/07

**FILED**

DEC 13 2007    NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT