## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Zhuohua Ling, PRO SE | | Case No.: |
| Plaintiff, ) | | **07CV7001** |
| vs. ) | | |
| Michael B. Mukasey, United States Attorney General ) ) | | **Motion to Dismiss** |
| ) | | Judge Conlon |
| Michael Chertoff, Secretary of the Department of Homeland Security ) ) | | MAGISTRATE Judge MASON |
| ) | | |
| Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services ) ) ) | | |
| ) | | FILED |
| Robert S. Mueller, Director of Federal Bureau of Investigation ) ) | | 1-10-2008 |
| ) | | JAN 10 2008 |
| Ruth A. Dorochoff District Director of USCIS, Chicago District Office ) ) ) | | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| ) | | |
| Patrick J. Fitzgerald, United States Attorney Northern District of Illinois, Eastern Division ) ) ) ) | | |
| ) | | |
| Defendants ) | | |

I, Zhuohua Ling, hereby request this court to please dismiss my complaint. After filing the complaint with this court, the Defendants made an effort to not only complete the name check but also process and finish the plaintiff's Adjust Status application process. So as the Defendants have acted upon our Prayers, I request to please dismiss my complaint.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated this 10th of January, 2008

Zhuohua Ling
Plaintiff, PRO SE
51 Rock River Ct.,
Naperville, IL 60565
Phone1: (312)399-9728
Email: zling@comcast.net

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Zhuohua Ling, PRO SE | | Case No.: |
| Plaintiff, ) | | **07CV7001** |
| vs. ) | | |
| Michael B. Mukasey, United States ) | | |
| Attorney General ) | | **Motion to Dismiss** |
| ) | | |
| Michael Chertoff, Secretary of the ) | | |
| Department of Homeland Security ) | | |
| ) | | |
| Emilio T. Gonzalez, Director of United ) | | |
| States Citizenship and Immigration ) | | |
| Services ) | | |
| ) | | |
| Robert S. Mueller, Director of Federal ) | | |
| Bureau of Investigation ) | | |
| ) | | |
| Ruth A. Dorochoff ) | | |
| District Director of USCIS, ) | | |
| Chicago District Office ) | | |
| ) | | |
| Patrick J. Fitzgerald, United States ) | | |
| Attorney ) | | |
| Northern District of Illinois, Eastern ) | | |
| Division ) | | |
| ) | | |
| Defendants ) | | |

I, Zhuohua Ling, hereby request this court to please dismiss my complaint. After filing the complaint with this court, the Defendants made an effort to not only complete the name check but also process and finish the plaintiff's Adjust Status application process. So as the Defendants have acted upon our Prayers, I request to please dismiss my complaint.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated this __10th__ of January, 2008

*[signature]*

Zhuohua Ling
Plaintiff, PRO SE
51 Rock River Ct.,
Naperville, IL 60565
Phone1: (312)399-9728
Email: zling@comcast.net

*RECEIVED 2008 JAN 10 A 11: 08 UNITED STATES ATTORNEY NORTHERN DISTRICT CHICAGO, ILLINOIS*