# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7001 | **DATE** | 1/15/2008 |
| **CASE TITLE** | LING vs. MUKASEY, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's request that this case be voluntarily dismissed is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|