# United States District Court
## Northern District of Illinois
### Eastern Division

ZHUOHUA LING             **JUDGMENT IN A CIVIL CASE**

v.                                    Case Number: 07 C 7001

MICHAEL B. MUKASEY, ET AL

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 1/15/2008

/s/ Willia Harmon, Deputy Clerk